200 P.3d 417

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Wilson .................................... 28478    01/07/2009    Vacated & remanded

State v. MacDonald ............................... 28793    01/30/2009    Affirmed in part & reversed in part